Jose Alberto **GUTIERREZ–CERVERA**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 10–73838.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 24, 2012.

Jose Alberto Gutierrez–Cervera, Santa Maria, CA, pro se.

Jacob Bashyrov, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Alberto Gutierrez–Cervera, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law. *Szalai v. Holder*, 572 F.3d 975, 978–79 (9th Cir.2009). We deny in part and dismiss in part the petition for review.

The agency properly concluded that Gutierrez–Cervera is removable under 8 U.S.C. § 1227(a)(2)(E)(ii) where he was convicted twice under Cal.Penal Code § 273.6(a) for knowingly and intentionally violating a protection order. *See Alanis–Alvarado v. Holder*, 558 F.3d 833, 839–40 (9th Cir.2009) (state court need not find that alien actually had engaged in violent, threatening, or harassing behavior, but that alien violated "the portion of a protection order that involves protection against" violence, threats, or harassment).

We lack jurisdiction to review the agency's denial of cancellation of removal as a matter of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i).

Respondent's motion to strike Exhibit A from Gutierrez–Cervera's opening brief is granted. *See* 8 U.S.C. § 1252(b)(4).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).